# Court of Appeals
# of the State of Georgia

ATLANTA,___March 24, 2014___

*The Court of Appeals hereby passes the following order:*

**A13A2283. CITY OF ATLANTA v. ADAMS.**

In this appeal from the superior court's grant of certiorari and reversal of a finding of the City of Atlanta Civil Service Board terminating the employment of Willie M. Adams as a police officer, we granted the City's application for discretionary review based upon the limited facts stated therein. In an excess of caution given the information available, we granted the application in order to review the City's contentions with the benefit of the entire record.

A careful and complete review of the entire record, the transcripts, and the briefs of the parties reveals that the superior court correctly concluded that no evidence in the record supported the Board's findings. Had the facts apparent from the entire record been available in the application, discretionary review would not have been granted. Therefore, upon consideration of the entire record, applicable case law, and statutory provisions, these discretionary appeals are hereby dismissed as having been improvidently granted. See *Woody v. State*, 247 Ga. App. 684, 685 (545 SE2d 83) (2001).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_03/24/2014_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*